**WEINSTEIN, PINSON & RILEY, P.S.**
2001 Western Ave., Ste. 400
Seattle, WA 98121
Telephone: (877) 332-3543

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA (ATLANTA)

| | |
|---|---|
| In re:<br>Antoinette Jordan<br>　　　　　Debtor.<br><br><br><br>SSN # XXX-XX-3622 | CHAPTER 13<br>CASE NO. 14-63587<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM #2 |

TO: Attorney for the Debtor: Craig Z Black
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Antio, LLC, for account # **XXXXXXXXXXX6847**, in the amount of $1708.70 docketed by the court on **July 18, 2014**, claim number 2.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:　　October 1, 2014

　　　　　　　　　　　　　　　　　　　　**WEINSTEIN, PINSON & RILEY, P.S.**

　　　　　　　　　　　　　　　　　　　　/s/ Max Zaleski
　　　　　　　　　　　　　　　　　　　　Max Zaleski, BK Services Supervisor
　　　　　　　　　　　　　　　　　　　　2001 Western Ave., Ste. 400
　　　　　　　　　　　　　　　　　　　　Seattle, WA 98121
　　　　　　　　　　　　　　　　　　　　Telephone: (877) 332-3543

　　　　　　　　　Representing:　Antio, LLC